IN THE UNITED STATES BANKRUPTCY COURT
For the EASTERN DISTRICT of CALIFORNIA
FRESNO DIVISION

In re:  )  Chapter: 13
Robin Burnett )  Case Number: 12-14109-WRL
 )  Assigned to the Honorable:
 )
 )  REQUEST FOR SPECIAL NOTICE
Debtor(s) )  [NO Hearing Required]

TO THE CLERK:

The undersigned attorneys for:

ECAST, ASSIGNEE OF CAPITAL ONE
Merchant Name:GOTTSCHALKS

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that ECAST, ASSIGNEE OF CAPITAL ONE be given and served with all notices given or required to be given in the case as follows:

ECAST, ASSIGNEE OF CAPITAL ONE
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 02/26/14
Account Number: ************3243

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
Attorneys for Creditor
ECAST, ASSIGNEE OF CAPITAL ONE
3936 E Ft Lowell Rd Suite 200
Tucson, AZ  85712-1083
(520) 577-1544
ecf@bass-associates.com